IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01227–EWN–BNB

JOE J. DELSAS, By His Next Friend
DENNIS D. DELSAS,

    Plaintiff,

v.

JOHN S. RATKIEWICZ,
CHERYL D. RATKIEWICZ,
CENTEX HOME EQUITY COMPANY, LLC, and
THE ADMINISTRATOR OF THE UNITED
STATES SMALL BUSINESS ADMINISTRATION,

    Defendants.

---

**ORDER TO REMAND**

---

    Upon consideration of the "Unopposed Motion to Remand Case to State Court" (Document 11) filed August 4, 2005, it is

    **ORDERED** that the motion is GRANTED and the case is remanded to the Garfield County, Colorado, District Court.

    Dated this  5th  day of August, 2005.

                                        BY THE COURT:

                                        s/Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge